**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**CHRISTINE NORTHERN**                                                          **PLAINTIFF**

**v.**                              **CASE NO. 3:18-CV-00153 BSM**

**MISSISSIPPI COUNTY HOSPITAL**
**SYSTEM, et al.**                                                               **DEFENDANTS**

## ORDER

Plaintiff Christine Northern was given until October 25, 2018 to perfect service upon

defendants Lisa Smith and Diane Davis [Doc. No. 5], and she has failed to do so.

Accordingly, defendants Lisa Smith and Diane Davis are dismissed from this case without

prejudice.

IT IS SO ORDERED this 10th day of December 2018.

_____
UNITED STATES DISTRICT JUDGE