**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**CHRISTINE NORTHERN**                                                                 **PLAINTIFF**

**v.**                                   **CASE NO. 3:18-CV-00153 BSM**

**MISSISSIPPI COUNTY HOSPITAL SYSTEM et al.**                    **DEFENDANTS**

## ORDER

Defendants' motion to compel [Doc. No. 18] is granted and Christine Northern is directed to respond to requests for production 7 and 18 within ten days from the date of this order.

IT IS SO ORDERED this 28th day of October 2019.

_____
UNITED STATES DISTRICT JUDGE