IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHRISTINE NORTHERN                                                      PLAINTIFF

v.                              CASE NO. 3:18-CV-00153 BSM

MISSISSIPPI COUNTY HOSPITAL SYSTEM et al.                   DEFENDANTS

## ORDER

Christine Northern's motion for voluntary dismissal [Doc. No. 22] is granted. The pending motion for a protective order [Doc. No. 21] is denied as moot. This case is dismissed without prejudice.

IT IS SO ORDERED this 13th day of January 2020.

_____
UNITED STATES DISTRICT JUDGE