**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**CHRISTINE NORTHERN**                                                         **PLAINTIFF**

**v.**                                    **CASE NO. 3:18-CV-00153 BSM**

**MISSISSIPPI COUNTY HOSPITAL SYSTEM et al.**                **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 13th day of January 2020.

_____
UNITED STATES DISTRICT JUDGE